JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARRY ARTHUR COPENHAVEN, | ) | No. EDCV 11-1081-CAS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BOARD OF PRISON HEARINGS, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed without prejudice.

DATED: September 21, 2012

_____
CHRISTINA A. SNYDER
United States District Judge